IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00876-WYD

In RE:

M. JULIA HOOK,
DAVID L. SMITH,

    Debtors,

M. JULIA HOOK,
DAVID L. SMITH,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, *et al.,*

    Defendants.

_____

## ORDER OF RECUSAL
_____

    This matter is before me on a review of the file.  Due to a conflict, I believe I should recuse myself.  It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated:  June 22, 2007

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge