**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-00876-REB

In RE:

M. JULIA HOOK,
DAVID L. SMITH,

    Debtors,

M. JULIA HOOK, and,
DAVID L. SMITH,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

## ORDER OF DISQUALIFICATION

**Blackburn, J.**

        The matter is before me *sua sponte*. I am an active member of the United States District Court for the District of Colorado, which is named as a party in civil action 07-cv-00631-REB. Accordingly, my impartiality might reasonably be questioned, and the appearance of impropriety may very well exist, warranting the *sua sponte* recusal and disqualification of the court as required by 28 U.S.C. § 455(a)[1] and Canon 3C(1) of the Code of Conduct for United States Judges, 175 F.R.D. 364, 368 (1998).

---

[1] The standard for impartiality under 28 U.S.C. § 455(a) is an objective one, requiring recusal only "if a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality." **United States v. Cooley**, 1 F.3d 985, 993 (10th Cir. 1993) (citations omitted).

**THEREFORE, IT IS ORDERED** as follows:

1. That the undersigned district judge is disqualified from presiding or acting further in this case; and

2. That this case shall be reassigned as provided by D.C.COLO.LCivR 40.1.

Dated January 17, 2008, at Denver Colorado.

                                **BY THE COURT:**

                                **s/ Robert E. Blackburn**
                                **Robert E. Blackburn**
                                **United States District Judge**